# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0534
_____

CHASE ANDERSON ROMAGNANO,

Petitioner,

v.

PAMELA LYNN CHILDERS,

Respondent.

_____

Petition for Writ of Quo Warranto—Original Jurisdiction.

September 11, 2024

PER CURIAM.

By petition for writ of quo warranto filed February 28, 2024, Petitioner seeks to challenge the election results of the 2020 contest for Clerk of Circuit Court for Escambia County. We conclude Petitioner unreasonably delayed filing and deny the petition on that basis. *See Warren v. DeSantis*, 365 So. 3d 1137, 1142 (Fla. 2023).

RAY, M.K. THOMAS, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Chase Romagnano, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.